IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVONTE J. MCCOY,**

*Plaintiff,*
v.                                                   Case No.: 5:25cv201-MW/MJF

**BRANTLEY SCOTT CLARK, JR.,**

*Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with two Court Orders." The Clerk shall close the file.

**SO ORDERED on November 19, 2025.**

s/Mark E. Walker
**United States District Judge**